UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACKROCK GLOBAL ALLOCATION FUND, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; DEBORAH JORN; ARI S. KELLEN; and TANYA CARRO,<br><br>    Defendants. | Case No. 3:18-cv-00343-MAS-LHG |

## WAIVER OF SERVICE OF SUMMONS

TO:   David J. Libowsky, BRESSLER, AMERY & ROSS, P.C.

I have received Plaintiffs' counsel's request that I waive service of a summons in this action on behalf of defendant J. Michael Pearson, along with a copy of the complaint, two copies of this waiver form, and a prepaid/no-cost means of returning one signed copy of the form to you.

Mr. Pearson agrees to save the expense of serving a summons and complaint in this case. Mr. Pearson understands that he will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that he waives any objections to the absence of a summons or of service.

Mr. Pearson also understands that he must file and serve an answer or a motion under Federal Rule of Civil Procedure 12 within 60 days of January 30, 2018, the date the waiver request was sent. If he fails to do so, a default judgment will be entered against him.

Date: January 30, 2018

/s/ Holly S. Wintermute

Bruce E. Yannett
Jonathan R. Tuttle
Ada Fernandez Johnson
Holly S. Wintermute
Anna Moody
John T. Chisholm
DEBEVOISE & PLIMPTON LLP
919 Third Avenue

                              New York, NY 10022
                              (212) 909-6000
                              beyannett@debevoise.com
                              jrtuttle@debevoise.com
                              fjohnson@debevoise.com
                              hswinter@debevoise.com
                              amoody@debevoise.com
                              jtchisholm@debevoise.com