UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLACKROCK GLOBAL ALLOCATION FUND, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; DEBORAH JORN; ARI S. KELLEN; and TANYA CARRO,<br><br>    Defendants. | Case No. 3:18-cv-00343-MAS-LHG |

## WAIVER OF SERVICE OF SUMMONS

TO:    David J. Libowsky, BRESSLER, AMERY & ROSS, P.C.

   I have received Plaintiffs' counsel's request that I waive service of a summons in this action on behalf of defendant Ari S. Kellen, along with a copy of the complaint, two copies of this waiver form, and a prepaid/no-cost means of returning one signed copy of the form to you.

   Dr. Kellen agrees to save the expense of serving a summons and complaint in this case. Dr. Kellen understands that he will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that he waives any objections to the absence of a summons or of service.

   Dr. Kellen also understands that he must file and serve an answer or a motion under Federal Rule of Civil Procedure 12 within 60 days of January 30, 2018, the date the waiver request was sent. If he fails to do so, a default judgment will be entered against him.

Date: February 5, 2018

Richard Hernandez
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 848-8615
rhernandez@mccarter.com