**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates TO:<br><br>Case No. 3:15-cv-07658-MAS-LHG | Master No. 3:15-cv-07658-MAS-LHG<br><br><u>CLASS ACTION</u><br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Class Member/Objector Cathy Lochridge appeals to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 657) Granting Lead Plaintiff TIAA's Motion to Adopt the Special Master's Report and Recommendation Granting Final Approval of (1) the Class Action Settlement and Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses to Plaintiffs entered in this action on January 31, 2021. Lochridge further appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (ECF Doc. No. 659) entered in this action on February 1, 2021, and all orders and opinions that merge therein. Lochridge further appeals to the United States Court of Appeals for the Third Circuit from the Order and Final Judgment (ECF Doc. No. 664) entered in this action on February 5, 2021, and all orders and opinions that merge therein. Lochridge further appeals from any order or judgment naming or identifying Lochridge or the objection filed by her, and from any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED:  March 1, 2021                    Respectfully submitted,

                                    /s/ *Jerome J. Froelich, Jr.*
                                    Jerome J. Froelich, Jr.
Admitted, District of New Jersey
McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111

Robert W. Clore
Motion for Reconsideration of Denial of Motion for *Pro Hac Vice* Admission Pending[1]
Bandas Law Firm, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5200
rclore@bandaslawfirm.com

*Counsel for Cathy Lochridge*

---

[1] Mr. Clore is admitted to the United States Court of Appeals for the Third Circuit.

2

## Certificate of Service

The undersigned certifies that today he filed the foregoing objection and associated declarations on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: March 1, 2021

/s/ *Jerome J. Froelich, Jr.*
Jerome J. Froelich, Jr.